# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANETH MURILLO,<br><br>      Plaintiff,<br><br>vs.<br><br>U.S. POSTAL SERVICE,<br><br>      Defendant. | 8:19CV262<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Plaintiff's "Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)." (Filing No. 6.) Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff asks the court to dismiss this action with prejudice based on a settlement agreement between Plaintiff and Defendant, and Defendant has not been served with process. Accordingly,

IT IS ORDERED that:

1. Plaintiff's request for dismissal of this action (filing no. 6) is granted. This matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 17th day of September, 2019.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge